UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DOYLE YOUNG, <br> Plaintiff, <br> v. <br> U.S. ATTORNEY GENERAL, et al., <br> Defendants. | Case No. 19-cv-03373-WHO (PR) <br><br> **ORDER OF TRANSFER** |

In this federal civil rights action, plaintiff Timothy Doyle Young, a federal prisoner who was convicted in Oregon and is housed in Colorado, raises claims arising from events that occurred during his detention in Colorado. Accordingly, this suit is TRANSFERRED to the District of Colorado wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there. *See* 28 U.S.C. §§ 85, 1391(b), and 1406(a).

The Court will quote from a judicial decision regarding a 2008 federal case Young filed here in the Northern District that was transferred to Colorado:

> Plaintiff also maliciously and purposely has filed actions in other federal courts knowing, as demonstrated in the cited cases below, that venue is not proper and that the actions more properly are filed in this Court. *See Young v. U.S. Dep't of Justice, et al.*, No. 07-cv-00343-UNA (D.D.C. Feb. 13, 2007) (transferred to the District of Colorado pursuant to 28 U.S.C. §

1406(a)); *Young v. Bureau of Prisons, et al.*, No. 07-cv-00817-UNA (D.D.C. May 4, 2007) (ordered transferred to the District of Colorado pursuant to 28 U.S.C. § 1406(a)); *Young v. Bureau of Prisons*, No. 07-cv-01759-UNA (D.D.C. Nov. 15, 2007) (transferred to the District of Colorado pursuant to 28 U.S.C. § 1406(a)); *Young v. DOJ, United States*, No. 07-CV-05057-SLT-LB (E.D.N.Y. Dec. 11, 2007) (transferred to the District of Colorado pursuant to 28 U.S.C. § 1406(a)); *Young v. United States*, No. 07-cv-06004-THE (N.D. Calif. Dec. 17, 2007) (transferred to the District of Colorado pursuant to 28 U.S.C. § 1406(a)); *Young v. United States*, No. 08-cv-00048-THE (N.D. Calif. Jan. 18, 2008) (transferred to the District of Colorado pursuant to 28 U.S.C. § 1406(a)).

*Young v. United States*, No. 08-cv-00226-BNB, 2008 WL 1765652, at *2 (D. Colo. Apr. 16, 2008.) His filings, the Colorado court found, were "abusive."

The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** July 9, 2019



WILLIAM H. ORRICK
United States District Judge